UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL OBIAGWU,

Plaintiff,

-against-

JONATHAN ASTURIAS, et al.,

Defendants.

26-CV-3824 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 28, 2026, this Court issued an order of service and *Valentin* Order, directing the New York City Law Department (the "Law Department") to, among other things, ascertain the identity and badge number for the unidentified defendants "John Doe 1," an NYPD officer who Plaintiff believes operated out of Transit District 2; "John Doe 2," and NYPD officer who Plaintiff believes operated out of Transit District 2; and "John Doe 3," an NYPD lieutenant who Plaintiff believes operated out of Transit District 34, as well as four partially identified officers of the NYPD, officers Cunningham, Tangretta, Friend, and Yates, who Plaintiff believes were operating out of "TRT," which Plaintiff did not define; and Sergeant Lavelle, who Plaintiff believes was operating out of Transit District 20. (ECF 10.)

On July 27, 2026, the Law Department identified the partially identified officers and sergeant of the NYPD as Officer Andrew Cunningham, Shield No. 26360; Officer Erica Tanagretta, Shield No. 18808; Officer Robert Friend, Shield No. 3328; Officer Jason Yates, Shield No. 19776; and Sgt. Francis Lavelle, Shield No. 2680. (ECF 15.) The Law Department also requested a thirty-day extension on the deadline to identify the three unidentified John Doe officers (*id.*), which this Court granted that same day. (ECF 15.)

On August 26, 2026, the Law Department identified John Doe 1 as Officer Rashad Ali, Shield No. 29524; John Doe 2 as Officer Steven Poulos, Shield No. 7078; and John Doe 3 as Lieutenant Shlomo Mangd. (ECF 21.)

The obligation for all Defendants to respond to the operative complaint nunc pro tunc is held in abeyance until Plaintiff files the Second Amended Complaint.

The Court requests that Defendants Officer Andrew Cunningham, Shield No. 26360; Officer Erica Tanagretta, Shield No. 18808; Officer Robert Friend, Shield No. 3328; Officer Jason Yates, Shield No. 19776; and Sgt. Francis Lavelle, Shield No. 2680; Officer Rashad Ali, Shield No. 29524; Officer Steven Poulos, Shield No. 7078; Lieutenant Shlomo Mangd; Officer Jonathan Asturias, Officer Joshua Garcia; Sergeant Naylon Statia; and Officer Braccia Russell waive service of summons.

The Clerk of Court is respectfully requested to (i) terminate Defendants John Doe 1, John Doe 2, John Doe 3, Cunningham, Tanagretta, Friend, Lavelle, and Yates; and (ii) electronically notify the New York City Police Department and the New York City Law Department of this Order.

DATED: August 28, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**