UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL OBIAGWU,

Plaintiff,

-against-

JONATHAN ASTURIAS, et. al.,

Defendants.

26-CV-03824 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a status conference on **October 9, 2026 at 2:30 PM Eastern**. The parties should be prepared to discuss the status of the case. Pro se Plaintiff and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 742 782 84#.**

DATED: October 6, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**