UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL OBIAGWU,
Plaintiff,
-against-
JONATHAN ASTURIAS, et. al.,
Defendants.

26-CV-03824 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference on October 8, 2026:

1. Plaintiff shall file his Second Amended Complaint by **October 13, 2026**. By that same date, he shall mail to Defendant's paralegal the releases necessary for Defendant to investigate the circumstances of his case.
2. Counsel for Defendants shall provide the Court with a letter by **October 20, 2026** setting out the military service status of Defendant Russell.
3. Defendants who have waived service shall have until **November 30, 2026** to respond to the complaint.
4. Plaintiff is reminded that it is his responsibility to check the docket and follow all Court orders; if he is unable to meet a deadline set by the Court, he is required to send a letter to the Court before the deadline asking for an extension of time.

DATED: October 8, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**