UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL OBIAGWU,

Plaintiff,

-against-

JONATHAN ASTURIAS, et. al.,

Defendants.

26-CV-03824 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 12, 2026, Plaintiff filed his Second Amended Complaint, adding as Defendants Officer Andrew Cunningham, Shield No. 26360; Officer Erica Tanagretta, Shield No. 18808; Officer Robert Friend, Shield No. 3328; Officer Jason Yates, Shield No. 19776; Sgt. Francis Lavelle, Shield No. 2680; Officer Rashad Ali, Shield No. 29524; Officer Steven Poulos, Shield No. 7078; and Lieutenant Shlomo Mangd, all in there individual and official capacities. (ECF 29.)

The Court requests that Defendants Officer Andrew Cunningham, Shield No. 26360; Officer Erica Tanagretta, Shield No. 18808; Officer Robert Friend, Shield No. 3328; Officer Jason Yates, Shield No. 19776; Sgt. Francis Lavelle, Shield No. 2680; Officer Rashad Ali, Shield No. 29524; Officer Steven Poulos, Shield No. 7078; and Lieutenant Shlomo Mangd waive service of summons. All Defendants who waive service of summons shall have until **November 30, 2026** to respond to the complaint.

The Clerk of Court is respectfully requested to (a) update the docket to reflect that Defendants Joshua Garcia, Naylon Statia, Rashad Ali, Steven Poulos and Lt. Shlomo Mangd are Defendants in both their individual and official capacities, and (b) update the docket to add as

Defendants, in their individual and official capacities, Andrew Cunningham; Erica Tanagretta; Robert Friend; Jason Yates; and Sgt. Francis Lavelle.

DATED: October 16, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**