UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL OBIAGWU,

Plaintiff,

-against-

JONATHAN ASTURIAS, et. al.,

Defendants.

26-CV-03824 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Clerk of Court is respectfully requested to electronically notify the New York City Police Department and the New York City Law Department of the Order at ECF 30 and this Order.

The Clerk of Court is further requested to set the deadlines to respond to the Second Amended Complaint to **November 9, 2026** for the following Defendants: Andrew Cunningham, Erica Tanagretta, Robert Friend, Jason Yates, Sgt. Francis Lavelle, Rashad Ali, Steven Poulos, and Lieutenant Shlomo Mangd. If the aforementioned Defendants waive service of summons, their deadline to respond to the Second Amended Complaint shall be extended until November 30, 2026.

DATED: October 19, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**